PEOPLE, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Frank Bernstein. No opinion. Motion to dismiss appeal granted. See, also, 156 App. Div. 908, 141 N. Y. Supp. 1136.

PEOPLE, Respondent, v. BRUNORI, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Proceeding by the People of the State of New York against Nicola Brunori, impleaded with others. L. Ullo, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. BUCCUFURRI, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Vincenzo Buccufurri. No opinion. Motion to resettle order denied. See, also, 158 App. Div. 186, 143 N. Y. Supp. 62.

PEOPLE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Morris Cohen. No opinion. Motion to dismiss appeal granted.

PEOPLE v. CONSIGLIO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against Arturo Consiglio. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. FITZPATRICK, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Robert Fitzpatrick. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. FORCARAZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Vito Forcarazzo. No opinion. Motion to dismiss appeal granted.

PEOPLE v. FREEMAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against Henry C. Freeman. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. FULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Mamie Fultz. No opinion. Motion to dismiss appeal granted.

PEOPLE v. FURCOLO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Proceeding by the People of the State of New York against Ralph Furcolo. No opinion. Time to file and serve papers extended until November 18, 1913. Settle order on notice.

PEOPLE, Respondent, v. GREENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Jacob Greenberg. No opinion. Motion to dismiss appeal granted.

PEOPLE v. GRUTZ. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against George Grutz. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against May Hawkins. No opinion. Order of the County Court of Kings County, affirming a judgment of conviction of the City Magistrates' Court, City of New York, Borough of Brooklyn, affirmed. See, also, 157 App. Div. 887, 141 N. Y. Supp. 1137.

PEOPLE v. HINCHEY. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against Margaret Hinchey. No opinion. Motion to dismiss appeal granted. Order filed. °

PEOPLE v. HORMAN. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against William Horman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. HUDSON. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against William J. Hudson. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Morris Jacobs. No opinion. Motion granted. See, also, 143 N. Y. Supp. 21.

PEOPLE, Respondent, v. KERR, Appellant, et al. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Proceeding by the People of the State of New York

against Fred W. Kerr, Max Schneider, and Joseph Levin. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. MANGHAVITA, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Giovanni Manghavita. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. METROPOLITAN SURETY CO. H. B. SMITH CO. v. YAWGER. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York against the Metropolitan Surety Company. Claim of the H. B. Smith Company against John F. Yawger, as receiver of the Metropolitan Surety Company. No opinion. Order reversed, with $10 costs and disbursements, and claim dismissed, on the authority of People v. Metropolitan Surety Co., Matter of Baldwin, 150 App. Div. 885, 133 N. Y. Supp. 1055.

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York against Simon Miller. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Cornelius J. O'Connor. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE, Respondent, v. OGUJENOVICH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Proceeding by the People of the State of New York against Adam Ogujenovich and another. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Respondent, v. RANDAZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Salvatore Randazzo. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. The appeal may be heard upon the original papers.

PEOPLE, Respondent, v. ROTHENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Rebecca Rothenberg. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. SAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Proceeding by the People of the State of New York against John W. Sage. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SHIPPANI, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against John Shippani. No opinion. Motion denied, on condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. The appeal may be heard upon the original papers.

PEOPLE, Respondent, v. SKEEL, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York against Vern Skeel. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Edward Smith. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default. See, also, 156 App. Div. 910; 141 N. Y. Supp. 1140, 143 N. Y. Supp. 1136.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against May Smith. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. SORRENTINO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Tony Sorrentino. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. BALDWIN, Appellant, v. PRESCOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Proceeding by the People of the State of New York, on the relation of C. Whitney Baldwin, against Charles B. Prescott and others, as Board of Canvassers of town of Attica, Wyoming County, N. Y., and others. No opinion. Order affirmed, with costs.